IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| **MATTHEW LEE JOHNSON,** *Plaintiff,* | § § § |
| v. | § § |
| **BRYAN COLLIER,** Executive Director, Texas Department of Criminal Justice, Huntsville, Texas | § § § § |
| | § Civil No. 4:25-cv-2066 |
| **ERIC GUERRERO,** Director, Texas Department of Criminal Justice, Correctional Institutions Division, Huntsville, Texas | § § ***CAPITAL CASE*** § § § |
| **KELLY STRONG,** Warden, Texas Department of Criminal Justice, Huntsville Unit, Huntsville, Texas | § § § § |
| *Defendants.* | § § |

**MOTION FOR STAY OF EXECUTION
PENDING DISPOSITION OF PLAINTIFF'S COMPLAINT
FILED PURSUANT TO 42 U.S.C. §1983**

**MR. JOHNSON IS SCHEDULED TO BE EXECUTED ON
TUESDAY, MAY 20, 2025, AFTER 6:00 PM**

TO THE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Matthew Lee Johnson respectfully requests that this

Court grant him a stay of execution pending the resolution of his

1

complaint filed pursuant to 42 U.S.C. § 1983. If Defendants execute Plaintiff on May 20, 2025, it will be pursuant to an unlawful order. As explained in further detail in the Complaint filed contemporaneously with this Motion, the order is unlawful because it was issued in response to a letter from the Attorney General, when the Attorney General did not represent the State's interests in the state trial court. Allowing Johnson's execution to proceed pursuant to this unlawful order would violate his rights pursuant to the Fourteenth Amendment's Due Process and Equal Protection clauses.

    Mr. Johnson is entitled to a stay of execution if this Court finds he has established: (1) a likelihood of success on the merits; (2) a substantial threat of irreparable injury; (3) that the threatened injury outweighs any harm that will result if the stay is granted; and (4) that the stay will not disserve the public interest. *Sells v. Livingston*, 750 F.3d 478, 480-81 (5th Cir. 2014); *see also Hill v. McDonough*, 547 U.S. 573, 584 (2006); *Barefoot v. Estelle*, 463 U.S. 880, 895-96 (1983).

    There is a likelihood that this Court will find that Plaintiff's execution on May 20, 2025, pursuant to Defendants' policy would run

afoul of Johnson's rights pursuant to the Fourteenth Amendment. If a stay is not granted, Johnson will suffer an irreparable injury; he will be executed pursuant to an unlawful order. This injury outweighs the costs, if any, incurred by the Defendants if they are forced to reschedule Johnson's execution for a later date. Accordingly, Johnson is entitled to a stay of execution so that this Court can consider his complaint filed pursuant to 42 U.S.C. § 1983.

Respectfully submitted,

| /s/ David R. Dow | /s/ Jeffrey R. Newberry |
|---|---|
| David R. Dow | Jeffrey R. Newberry |
| Texas Bar No. 06064900 | Texas Bar No. 24060966 |
| University of Houston Law Center | University of Houston Law Center |
| 4170 Martin Luther King Blvd. | 4170 Martin Luther King Blvd. |
| Houston, Texas 77204-6060 | Houston, Texas 77204-6060 |
| Tel. (713) 743-2171 | Tel. (713) 743-6843 |
| Fax (832) 842-4671 | Fax (832) 842-4671 |
| Email ddow@central.uh.edu | Email jrnewber@central.uh.edu |

*Counsel for Matthew Lee Johnson*

## Certificate of Service

I certify that on May 7, 2025, a true and correct copy of the above pleading was delivered via email to:

Stephen Hoffman
Criminal Appeals Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Email: Stephen.Hoffman@oag.texas.gov;
Matthew.Ottoway@oag.texas.gov

s/ David R. Dow

_____
David R. Dow